

ORDERED in the Southern District of Florida on July 6, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**                    **CASE NO. 15-29316-LMI**
**RAUL JIMENEZ**                          **CHAPTER 13**
**MARITZA GIL**

　　　Debtors,
_____/

### AGREED ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM 13-1, DE #103

**THIS CAUSE** having come before the court on June 6, 2017, upon the Debtors RAUL JIMENEZ and MARITZA GIL'S Objection to Claim Number 13-1, (D.E. #103), this Court having considered the basis for the objection, the parties having reached an agreement, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtors' objection to the claim is hereby **SUSTAINED in part and DENIED in part.**

The claim is allowed but should be reclassified solely as an unsecured claim with no arrears.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).